UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ABHIJIT DAS, a.k.a. "Beej" Das )<br>)<br>Defendant. ) | Case No. 23-cr-10160-AK |

**JOINT MOTION TO CONTINUE
FINAL STATUS CONERENCE FOR 30 DAYS**

The United States, and counsel for the defendant, ABHIJIT DAS, move this Court to continue the Final Status Conference currently set for February 6, 2025, at 10:00 a.m. for approximately 30 days, until March 2025. As grounds, the parties submit the following:

1. The indictment was returned on June 20, 2023, and charges defendant ABHIJIT DAS ("DAS") with ten counts of wire fraud, in violation of 18 U.S.C. § 1343. The indictment arises out of the defendant's work as an attorney and alleges conduct that took place during DAS's representation of a client in India and the management of Escrow and IOLTA funds.

2. The defendant made his initial appearance in Massachusetts and was arraigned on July 11, 2021. The defendant is not in custody, is on conditions of pre-trial release and resides in Florida.

3. It should be noted that the defendant was convicted of campaign finance related crimes on October 13, 2023, following a trial before U.S. District Court Judge Richard G. Stearns, in *U.S. v. Das,* 21-cr-10200-RGS. On July 18, 2024, Judge Stearns sentenced the defendant to a term of incarceration of 21 months. The defendant's self-report date was originally January 20, 2025, but has now been extended until April 21, 2025.

4. New counsel for the defendant entered their appearance beginning on October 16, 2024. As further described in the previous motion to continue, by October 31, 2024, the

government produced all the previously produced automatic discovery to new counsel. More recently, however, counsel of defendant requested a different format for discovery relating to emails that were seized pursuant to search warrants and obtained by grand jury subpoenas. The government has now re-produced that same discovery in the requested format.

5. Given the volume of discovery, counsel for the defendant has requested additional time to review discovery, to which the government does not object.

6. For the foregoing reasons, the parties respectfully submit that the court should continue the final status conference for approximately 30 days, until March 2025, and exclude the time from February 6, 2025, until the final status conference in the interests of justice to permit the defendant sufficient time to review discovery, and the parties resolve potential privilege issues.

7. Undersigned counsel has conferred with counsel for the defendant who join in this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney


ABHIJIT DAS
Defendant


By: /s/ *William Fick*
William Fick
Daniel Marx
FICK & MARX, LLP
24 Federal Street, 4th Floor
Boston, MA 02210

Date Submitted: February 5, 2025

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.