IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS | No. 1:23-cr-10160-AK |

### DEFENDANT'S SUPPLEMENTAL FINAL STATUS REPORT

Defendant Abhijit Das respectfully submits the following Supplemental Status Report.[1] Mr. Das does not disagree with the information provided in the government's Final Status Report but would add the following pursuant to Local Rule 116.5(c):

(A) – (B)   Mr. Das acknowledges the receipt of voluminous discovery from the government, which undersigned counsel are continuing to review, now in connection with the Superseding Indictment returned last month, on March 6, 2025.

On March 21, 2025, the government made a supplemental production in connection with the Superseding Indictment.

In addition, by email received yesterday, April 23, 2025, the "filter" AUSA assigned to review potentially privileged materials seized pursuant to search warrants contacted undersigned counsel to arrange a time for in person review by the defense of materials the "filter" AUSA has identified to be provided to the prosecution team. The "filter" AUSA indicated it would not be practical to simply provide undersigned counsel with a list identifying those documents by bates number. Due to travel

---

[1] The government sent undersigned counsel a proposed Joint Status Report yesterday, April 23, 2025, to which counsel had not yet had a chance to respond prior to the government's filing.

- 1 -

schedules of the "filter" AUSA and undersigned counsel, that review is unlikely to take place before mid-May 2025.

(C)   Mr. Das has not yet determined whether he will file any dispositive motion(s) or motion(s) to suppress.

(E)   Any defense case at trial would likely require 3 days or less.

Respectfully submitted,

**ABHIJIT DAS**

by his attorneys,

/s/ William Fick
WILLIAM W. FICK, ESQ. (BBO # 650562)
DANIEL N. MARX, ESQ. (BBO # 674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

**Certificate of Service**

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 24, 2025.

/s/ William Fick