IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS | No. 1:23-cr-10160-AK |

## **MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves to withdraw due to a breakdown in the attorney-client relationship. Undersigned counsel understands that Mr. Das is in the process of engaging successor counsel, who are expected to appear promptly.

Respectfully submitted,

*/s/ Daniel N. Marx*
WILLIAM W. FICK, ESQ. (BBO # 650562)
DANIEL N. MARX, ESQ. (BBO # 674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

## **CERTIFICATE OF SERVICE**

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 22, 2025.

*/s/ Daniel N. Marx*
Daniel N. Marx