UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| USA | : | |
| | : | |
| | : | |
| v. | : | No. 23-cr-10160-AK-1 |
| | : | |
| ABHIJIT DAS | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

I, William P. Devereaux, Esq., hereby enter my appearance on behalf of the Defendant, Abhijit Das, individually in the above-captioned matter.

ABHIJIT DAS

By his Attorneys,
PANNONE LOPES DEVEREAUX & O'GARA LLC

*/s/ William P. Devereaux*
William P. Devereaux (#122220)
PANNONE LOPES DEVEREAUX & O'GARA LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919
401-824-5100
401-824-5123 (fax)
wdevereaux@pldolaw.com

4908-7467-2998, v. 1

**<u>CERTIFICATION</u>**

      I hereby certify that on this 3rd day of September 2025, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system.

                                        */s/ William P. Devereaux*_____