# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )

v. )    Case No. 1:23-cr-10160-AK

ABHIJIT DAS, )

Defendant. )

## PARTIES' STATUS REPORT

The Government and counsel for Defendant have been negotiating a plea agreement/disposition in the above captioned case.   It is anticipated that by early next week a signed such plea agreement/disposition will be entered, and that the case will be scheduled for a Rule 11 hearing.  The parties therefore request that this Honorable Court cancel the previously scheduled March 30, 2026, pretrial hearing in this matter, as it is anticipated that there will not be a trial.

ABHIJIT DAS

By his Attorneys,

PANNONE LOPES DEVEREAUX & O'GARA LLC

/s/ Aaron L. Weisman
William P. Devereaux (#122220)
Aaron L. Weisman (#710090)
PANNONE LOPES DEVEREAUX & O'GARA LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919
401-824-5100
401-824-5123 (fax)
wdevereaux@pldolaw.com
aweisman@pldolaw.com

**<u>CERTIFICATION</u>**

I hereby certify that on this 27th day of March 2026, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system.

*/s/ Aaron L. Weisman* _____