UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v. No. 23-CR-10160-AK

ABHIJIT DAS,
Defendant

**DEFENDANT'S MOTION FOR LEAVE TO ENTER LIMITED NOTICE OF APPEARANCE AND TO CONTINUE THE STATUS CONFERENCE PRESENTLY SET FOR OCTOBER 22, 2026**

Now comes attorney Martin G. Weinberg, who hereby seeks leave to file a limited Notice of Appearance on behalf of Abhijit Das. In support, the defense states: (1) that the defendant Mr. Das has recently retained Mr. Weinberg for the limited purpose of providing him legal advice as to whether to continue or seek to withdraw his previously filed motion to withdraw his plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(C) (Dkt. 123, 124), *see* Fed. R. Crim. P. 11(d)(1); (2) that given the complexity of the pretrial discovery and the intersecting legal issues relevant to both trial and sentencing, additional time is required to fully discharge these professional responsibilities and provide appropriate legal advice about the benefits and risks of the defendant either seeking to maintain his previously negotiated plea agreement or to seek judicial approval of his motion to withdraw from the plea agreement; (3) that regardless of the defendant's decision, specific efforts are advancing in terms of seeking an interlocutory sale of certain real

estate (namely, 19870 Meadowside Ln, Boca Raton, FL)[1] and in terms of obtaining financing in the amount of no less than $531,278.67, the proceeds that the government alleges went toward the vessel Troca One, *see* Dkt. 104 at 7, with the goal that those funds would be available to satisfy any forfeiture and partially satisfy any restitution obligations if the plea is not vacated or, if the plea is vacated and the defendant exercises his right to trial, he is convicted at such a future trial.

In addition to the request for a limited Notice of Appearance, the defendant requests a two-week continuance of the scheduled status conference so he can obtain an updated analysis of his legal options and so he can continue his efforts to post funds in escrow in a showing of good faith regarding any potential forfeiture or restitution obligations regardless of whether or not he seeks to withdraw his previously entered plea.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel has conferred with the government, and the government assents to this request for leave to enter a limited notice of appearance and for a continuance of the status conference for up to two weeks.

Respectfully Submitted,
ABHIJIT DAS
By His Attorney,

**/s/ Martin G. Weinberg**

[1] A listing agreement for the property, attached hereto as Exhibit "A" was executed on October 19, 2026. Although certain repairs remain to be finalized, Mr. Das intends that the property will be listed for sale next week.

Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: October 21, 2026

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, October 21, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.